Jed W. Manwaring ISB #3040
EVANS KEANE LLP
1161 W. River Street, Suite 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail: jmanwaring@evanskeane.com

**Attorneys for Trustee, Noah G. Hillen**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**FARMERS GRAIN, LLC,**<br><br>    Debtor. | Case No. 17-00450-JDP<br><br>Chapter 7 |
| **NOAH G. HILLEN, Trustee,**<br><br>    Plaintiff,<br><br>vs.<br><br>**DAVID R. UNRUH TRUST and DAVID R. UNRUH as Trustee,**<br><br>    Defendants. | Adv. Pro. No. 19-06029-JDP |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Bankruptcy Rule 7041, the above Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate and agree that the above-captioned Adversary Proceeding be dismissed with prejudice based upon the Motion for Approval of Compromise Re:

*STIPULATION FOR DISMISSAL WITH PREJUDICE* - 1

David R. Unruh Trust (Doc. 437 in Case No. 17-00450-JDP), and the Court's Order Approving Compromise Re: David R. Unruh Trust (Doc. 442 in Case No. 17-00450-JDP).

The parties agree to bear their own costs and attorney fees incurred in this Adversary Proceeding up to and including the dismissal.

DATED this 5th day of August, 2020.

                                              EVANS KEANE LLP

                                              By    /s/ Jed W. Manwaring
                                                   Jed W. Manwaring, Of the Firm
                                                   Attorneys for Trustee

DATED this 5th day of August, 2020.

                                              FOLEY FREEMAN, PLLC

                                              By    /s/ Patrick J. Geile    *w/permission*
                                                   Patrick J. Geile, Of the Firm
                                                   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2020, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **Patrick J. Geile**   pgeile@foleyfreeman.com, abennett@foleyfreeman.com; r59345@notify.bestcase.com

                                                    /s/ Jed W. Manwaring
                                                    Jed W. Manwaring